STATE v. RICE

No. 272P98

Case below: 129 N.C.App. 715

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.


STATE v. ROBINSON

No. 345P98

Case below: 129 N.C.App. 430

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 November 1998.


STATE v. ROOPE

No. 403P98

Case below: 130 N.C.App. 356

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.